

FILED

MAR 27 2017

Clerk, U.S. District Court
District Of Montana
Helena

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

| | |
|---|---|
| ROBERT WARREN, as surviving spouse and personal representative for the Estate of CONNIE WARREN, deceased,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>UNITED STATES,<br><br>　　　　　　　　Defendant. | No. CV 16-113-H-SEH<br><br>**ORDER** |

The Court's Order of February 22, 2017, directed each party to "file a preliminary pretrial statement addressing each matter listed in Fed. R. Civ. P. 26(a)(1)(A)(i) and (ii) and L.R. 16.2(b)(1) on or before March 28, 2017."[1]

---

[1] Doc. 4 at 3.

Plaintiff filed his Preliminary Pretrial Statement[2] on March 8, 2017. The statement failed to address the matters listed in Fed. R. Civ. P. 26(a)(1)(A)(ii). The Court ordered Plaintiff to amend the statement to cure the state deficiency.[3] Plaintiff filed his Amended Preliminary Pretrial Statement[4] on March 20, 2017.

United States filed its Preliminary Pretrial Statement[5] on March 27, 2017. The statement fails to address the matters listed in Fed. R. Civ. P. 26(a)(1)(A)(ii).

ORDERED:

United States' preliminary pretrial statement, amended in compliance with the Court's Order of February 22, 2017,[6] to cure the stated deficiency, shall be filed on or before March 31, 2017.

DATED this 27th day of March, 2017.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge

---

[2] Doc. 5.

[3] Doc. 6.

[4] Doc. 8.

[5] Doc. 9.

[6] Doc. 4.