# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| ROBERT WARREN as surviving spouse and personal representative for the Estate of CONNIE WARREN, deceased,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES,<br>    Defendant. | CV 16-113-H-SEH<br><br>ORDER OF DISMISSAL |

FILED
FEB 22 2018
Clerk, U.S. District Court
District Of Montana
Helena

Upon consideration of the joint stipulation for dismissal filed by the Plaintiff and Defendant,

IT IS HEREBY ORDERED that all claims of the Plaintiff, Robert Warren, as surviving spouse and personal representative for the Estate of Connie Warren, against the Defendant United States, are dismissed with prejudice as fully compromised and settled on the merits, each party to bear their own costs and expenses.

DATED this 22nd of February, 2018.

/s/ Sam E. Haddon
SAM E. HADDON
United States District Judge

1